ORIGINAL

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRIAN D. HARRISON Bar No. 157123
VANESSA L. O'BRIEN Bar No. 225699
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
PHILADELPHIA INDEMNITY
INSURANCE COMPANY

FILED
2008 MAY 12 PM 2:27
SOUTHERN DISTRICT OF CALIFORNIA
BY VNA DEPUTY

FAXED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE CO., and DOES I through 20, inclusive,<br><br>Defendants. | CASE NO. '08 CV 0848 WQH BLM<br><br>DECLARATION OF BRIAN D. HARRISON IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA<br><br>[ORIGINALLY SAN DIEGO COUNTY SUPERIOR COURT CASE NO. 37-2008-00081683-CU-IC-CTL] |

I, Brian D. Harrison, declare:

1. I am an attorney duly licensed to practice law before all the courts of the State of California and before the above-entitled Court and am a partner at the firm of Sedgwick, Detert, Moran & Arnold LLP, attorneys for defendant Philadelphia Indemnity Insurance Company ("Philadelphia"). I have personal knowledge of the matter set forth herein, and, if called as a witness, I would and could competently testify thereto.

2. This declaration is submitted in support of Philadelphia's concurrently-filed Notice of Removal. On or about April 29, 2008, I received a letter from Harris I. Steinberg, counsel for plaintiff Lender Support Support Systems, Inc. The letter states that LSSI's legal expenses incurred in defending the underlying action between LSSI and plaintiff Sonja D'Anneo



C6

amount to $145,207.46. In addition, LSSI expended $35,000 to settle the underlying action. A true and correct copy of the April 29, 2008 letter is attached hereto as Exhibit 1.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed on the 8th day of May 2008 in San Francisco, California.

By: ________________________
BRIAN D. HARRISON

# EXHIBIT 1

HARVEY R. LEVINE, A.P.C.
HARRIS I. STEINBERG, A.P.C.
CRAIG A. MILLER, A.P.C.
RICHARD A. HUVER, A.P.C.
SU L. BARRY*
*ALSO ADMITTED TO PRACTICE
NEW YORK, TEXAS BARS

LEVINE STEINBERG MILLER & HUVER
LAW OFFICES

550 WEST C STREET, SUITE 1810
SAN DIEGO, CALIFORNIA 92101-8596

TELEPHONE (619) 231-9449
FAX (619) 231-8638
WWW.LEVINELAW.COM

REPRESENTING INSURANCE POLICYHOLDERS FOR OVER THIRTY YEARS

April 29, 2008

Brian D. Harrison, Esq.
SEDGEWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza / Stuart Tower
8th Floor
San Francisco, CA 94105

Re: Lender Support Systems, Inc. (LSSI) v. PIIC

Dear Mr. Harrison:

Per your request, I enclose copies of the legal billings in the D'Anneo lawsuit from October 2007 to the present based on your representation that Philadelphia will not pay any expenses before October 9, 2007. As indicated in my phone message, the total legal expense came to $145,207.46. The settlement of the D'Anneo claim cost LSSI another $35,000.

Please let me know if Philadelphia Indemnity needs any additional information on this claim.

Respectfully,

LEVINE, STEINBERG, MILLER & HUVER

Harris I. Steinberg

HIS:ce
Enclosure

cc: Lender Support Systems, Inc. (w/encl.)