UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE CO., and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 08cv0848-WQH (BLM) <br><br> **ORDER DENYING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE** |

By letter dated June 10, 2008, Defendant Philadelphia Indemnity Insurance Company requested that its client representative and counsel be permitted to appear by telephone for the June 18, 2008 Early Neutral Evaluation Conference. Having reviewed both parties confidential statements, the Court believes settlement discussions will be more fruitful if all parties appear in person. Defendant's request, therefore, is **DENIED.**

**IT IS SO ORDERED.**

DATED: June 12, 2008

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

08cv0848-WQH (BLM)