SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRIAN D. HARRISON Bar No. 157123
VANESSA L. O'BRIEN Bar No. 225699
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
PHILADELPHIA INDEMNITY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE CO., and DOES I through 20, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0848 WQH (BLM)<br><br>**NOTICE OF LODGEMENT OF JOINT DISCOVERY PLAN PURSUANT TO FED. R.CIV. 26(f)** |

Plaintiff Lender and Support Systems, Inc. and Defendant Philadelphia Indemnity Insurance Company have lodged an original of the Joint Discovery Plan Pursuant To Fed.R.Civ. 26(f) in this matter.

DATED: July 9, 2008 SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ BRIAN D. HARRISON
BRIAN D. HARRISON
Attorney for Plaintiff
PHILADELPHIA INDEMNITY INSURANCE COMPANY

SEDGWICK
DETERT, MORAN & ARNOLD LLP