HARRIS I. STEINBERG (Bar No. 89288)
LEVINE, STEINBERG, MILLER & HUVER
550 W. "C" Street, Suite 1810
San Diego, California 92101
Phone:(619) 231-9449
Fax: (619)231-8638

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY and DOES 1 - 20, Inclusive,<br><br>Defendant. | CASE NO. 08cv0848-WQH(BLM)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(Filed Concurrently With the Memorandum of Points & Authorities; Declaration of Greg Martin and Declaration of Harris I. Steinberg)<br><br>DATE: September 2, 2008<br>TIME: 11:00 a.m. (Oral Argument)<br>CRTRM: 4 - Hon. William Q. Hayes |

TO: Defendant Philadelphia Indemnity Insurance Company (PIIC) and its attorneys of record:

PLEASE TAKE NOTICE that on September 2, 2008, at 11:00 a.m., in the Untied States District Court for the Southern District of California, located at 880 Front Street, San Diego, CA 92101, before the Honorable William Hayes, Courtroom 4, plaintiff will and hereby does move the Court for an Order granting partial summary judgment on the following issue: (1) That Exclusion B under the subject Employment Practices Liability coverage does not apply to the claim Lender Support System, Inc., made to PIIC for reimbursement of its defense costs.

This motion is made pursuant to Federal Rule of Civil Procedure 56 and is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Greg Martin, the Declaration of Harris I. Steinberg, as well as all pleadings and records on file in this action, all

matters of which the Court may take judicial notice, and such other matters as may be considered at the time of oral argument.

Respectfully submitted,

DATED: July 17, 2008

LEVINE, STEINBERG, MILLER & HUVER

By: /s/ Harris I. Steinberg
HARRIS I. STEINBERG
Attorneys for Plaintiff, Lender Support Systems, Inc.