HARRIS I. STEINBERG (Bar No. 89288)
LEVINE, STEINBERG, MILLER & HUVER
550 W. "C" Street, Suite 1810
San Diego, California 92101
Phone:(619) 231-9449
Fax: (619)231-8638

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY and DOES 1 - 20, Inclusive,<br><br>Defendant. | CASE NO. 08cv0848-WQH(BLM)<br><br>**DECLARATION OF GREG MARTIN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: September 2, 2008<br>TIME: 11:00 a.m. (Oral Argument)<br>CRTRM: 4 - Hon. William Q. Hayes |

I, GREG MARTIN, declare as follows:

1. I am Executive Vice President of LSSI and have had this position since 2004. I have personal knowledge of the matters stated herein.

2. I am familiar with the EPL insurance coverage LSSI purchased from PIIC, and I was familiar with the terms as of 2005. I was aware that we had EPL coverage and that it would protect us on breach of contract claims brought by former employees.

3. I read the Exclusion B referred to by PIIC in its denial letter. I did not know what an FLSA action was before the denial letter, and I did not understand how it applied to our claims. I have read the U.S. Department of Labor website information on FLSA (Exhibit 4) and I understand that it applies to overtime claims and minimum wage claims. Ms. D'Anneo never

made such claims against LSSI so I do not understand how Exclusion B or FLSA terms would apply to our claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July 2008, at San Diego, CA.

GREG MARTIN