HARRIS I. STEINBERG (Bar No. 89288)
LEVINE, STEINBERG, MILLER & HUVER
550 W. "C" Street, Suite 1810
San Diego, California 92101
Phone:(619) 231-9449
Fax: (619)231-8638

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY and DOES 1 - 20, Inclusive,<br><br>Defendant. | CASE NO. 08cv0848-WQH(BLM)<br><br>**DECLARATION OF HARRIS I. STEINBERG IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: September 2, 2008<br>TIME: 11:00 a.m. (Oral Argument)<br>CRTRM: 4 - Hon. William Q. Hayes |

I, HARRIS I. STEINBERG, declare as follows:

1. I am attorney of record for plaintiff Lender Support Systems, Inc. (LSSI) in the above-noted action. I have personal knowledge of the facts stated herein and if called upon as a witness, I could and would testify as to these matters.

2. Attached hereto as Exhibit 1 is a true and correct copy of the insurance policy that was entitled Private Company Protection Plus issued to LSSI.

3. Attached hereto as Exhibit 2 is a true and correct copy of the complaint filed by Sonja D'Anneo against LSSI.

4. Attached hereto as Exhibit 3 is a true and correct copy of PIIC's denial letter dated December 13, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Department of Labor website printout regarding FLSA.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July 2008, at San Diego, CA.

/s/ Harris I. Steinberg
HARRIS I. STEINBERG