| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
| **TITLE OF CASE (Abbreviated)**<br>**Lender Support Systems, Inc. v. Philadelphia Indemnity Ins. Co.** | |
| **ATTORNEY(S) NAME AND ADDRESS** **TELEPHONE**<br>HARRIS I. STEINBERG<br>LEVINE, STEINBERG, MILLER & HUVER (619) 231-9449<br>550 West "C" Street, Suite 1810<br>San Diego, California 92101 | |

| | | |
|---|---|---|
| ATTORNEY(S) FOR: Plaintiff | HEARING: DATE-TIME-DEPT | Case No.: **08-CV-0848-WQH (BLM)** |

I, Harris Steinberg, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

On July17, 2008 I served the following document(s) described as:

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT;
MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF GREG MARTIN;
DECLARATION OF HARRIS I. STEINBERG

| | |
|---|---|
| Brian D. Harrison, Esq.<br>brian.harrison@sdma.com | Attorney for Defendant Philadelphia Indemnity Ins. Company |

quintella.griffin@sdma.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of July 2008 at San Diego, California.

/s/ Harris Steinberg