SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRIAN D. HARRISON Bar No. 157123
ANDREW J. KING Bar No. 253962
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
PHILADELPHIA INDEMNITY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE CO., and DOES I through 20, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0848 WQH (BLM)<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT<br><br>**[FRCP 56]**<br><br>DATE: October 6, 2008<br>TIME: 11:00 a.m (Oral Argument).<br>DEPT: 4<br>JUDGE: The Honorable William Q. Hayes |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on October 6, 2008, at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the United States District Court for the Southern District of California, located at 880 Front Street, San Diego, California, before the Honorable William Q. Hayes, the motion of defendant Philadelphia Indemnity Insurance Company ("Philadelphia") for summary judgment or, in the alternative, partial summary judgment, will come on for hearing.

Philadelphia's motion is on the grounds that there is no coverage under the Philadelphia policy for the insured, Lender Support Systems, Inc., ("LSSI") against an action filed against LSSI in San Diego Superior Court entitled Sonja D'Anneo v. Lender Support Systems, Inc., et

al., Case No. 37-3007-00064417-CU-OE-CTL ("D'Anneo Action") and, therefore, LSSI's cause of action for bad faith and declaratory relief arising from the denial of coverage for the D'Anneo Action fail as a matter of law. In the alternative, if the Court finds that all cause of action are not subject to summary judgment, then the Court should grant partial summary judgment on the cause of action for bad faith because there was a genuine dispute as to coverage.

Philadelphia's motion will be, and is, based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration of Susan Shue, the request for judicial notice, all pleadings and records on file in this action, and all such further oral and documentary evidence and argument as may be presented at or before the hearing on this motion.

Dated: August 18, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By [signature]

Brian D. Harrison
Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE COMPANY

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On August 18, 2008, I served the within document(s):

**NOTICE OF MOTION AND MOTION OF DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

☒ E-MAIL OR ELECTRONIC TRANSMISSION – by transmitting via e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) set forth below. I did not receive,within a reasonable time after the tranmission, any electronic message or other indicating that the transmission was unsuccessful.

| | |
|---|---|
| Harris I. Steinberg, Esq.<br>Levine, Steinberg, Miller & Huver<br>550 West C Street, Suite 1810<br>San Diego, CA 92101<br><br>Telephone: (619) 231-9449<br>Facsimile: (619) 231-8638 | Attorneys for Plaintiff<br>*Lender Support Systems, Inc.* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 18, 2008, at San Francisco, California.

Andrea Mackenzie
Andrea Mackenzie

SEDGWICK
DETERT, MORAN & ARNOLD LLP