SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRIAN D. HARRISON Bar No. 157123
ANDREW J. KING Bar No. 253962
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE CO., and DOES I through 20, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0848 WQH (BLM)<br><br>**DECLARATION OF SUSAN SHUE IN SUPPORT OF MOTION OF DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**[FRCP 56]**<br><br>DATE: October 6, 2008<br>TIME: 11:00 a.m (Oral Argument).<br>DEPT.: 4<br>JUDGE: The Honorable William Q. Hayes |

I, Susan Shue, declare as follows:

1. I am a Senior Professional Liability Claims Examiner and an authorized claims representative for Philadelphia Indemnity Insurance Company ("Philadelphia"). I have held this position since December 31, 2002. I have personal knowledge of the matters attested to in this declaration, and if called as a witness, I could and would competently testify to the matters set forth herein.

2. As Senior Professional Liability Claims Examiner, my duties include analyzing whether coverage is available in connection with claims tendered for coverage under Philadelphia insurance policies and providing Philadelphia's coverage determinations to ensure its response to such tenders.

3. Philadelphia provided employment practices liability insurance to Lender Supports Systems, Inc. ("LSSI") under Private Company Protection Plus Policy No. PHSD222905, effective January 6, 2007 to January 6, 2008. The policy provided limits of $1,000, 000,00, subject to a $25,000 retention per claim. A true and correct copy of the Policy issued to LSSI is attached to this declaration as Exhibit 1.

4. On or about October 9, 2007 at 12:24 a.m., Philadelphia received a two-page fax that enclosed a two-page report from GAB Robins. According to the GAB Robins report, on October 8, 2007 at 7:13 p.m., Jim Carr of LSSI called and reported the claim of Sonja D'Anneo against LSSI. Under the injury description section of the GAB Robins report, it states "above individual is suing Lender Support Systems for bonuses she feels are owed to her." A true and correct copy of this copy report is attached hereto as Exhibit 2.

5. On October 9, 2007 at 10:14 a.m., Claims Assistant Jessika D'Felice added the claim to the Philadelphia Claims Summary/Notes Report System. On October 9, 2007, Claims Supervisor Ann Barnett assigned the claim to me. On October 9, 2007, I spoke with Mr. Carr at LSSI and requested a copy of the *D'Anneo* Complaint. On or around October 12, 2007, I received a copy of *D'Anneo* complaint from LSSI. On December 13, 2007, Philadelphia, after a careful review of the claim, issued a letter to LSSI stating that it had determined that because of the Fair Labor Standards Act ("FLSA") Exclusion, as well other policy provisions, coverage for the *D'Anneo* complaint was precluded. A true and correct copy of the December 13, 2007 declination letter issued by Philadelphia's coverage counsel is attached hereto as Exhibit 3.

I declare under penalty of perjury under the 28 U.S.C. § 1746 that the foregoing is true and correct, and that this declaration was executed on the 18th day of August , 2008 at Roseville, California.

Susan Shue

SEDGWICK
DETERT, MORAN & ARNOLD LLP



SF/1530098v1

# TABLE OF CONTENTS

**Page No.**

Exhibit 1 .......... 4
Exhibit 2 .......... 66
Exhibit 3 .......... 71