# Exhibit 2

To: lossnotice@phlyins.com
From: "eFax Corporate" <message@inbound.efax.com>
Date: Tue, 09 Oct 2007 00:24:59 +0000
Subject: Corporate eFax from 6157785138 - 2 page(s)

eFax Corporate

You have received a 2 page fax at 2007-10-08 19:24:59 EST.

* The reference number for this fax is latf1_did11-1191889498-8006859238-6.

Please visit
**www.efaxcorporate.com/corp/twa/page/customerSupport**
if you have any questions regarding this message or your service.
You may also e-mail our corporate support department at
**corporatesupport@mail.efax.com**.

Thank you for using the eFax Corporate service!

Click for Details



eFax Corporate

© 2007 j2 Global Communications, Inc. All rights reserved.
eFax Corporate® is a registered trademark of j2 Global Communications, Inc.

This account is subject to the terms listed in the eFax Corporate Customer Agreement.

CF 314

**GAB Robins/MEDINSIGHTS Claims Reporting System**

**Escalated:** NO **Info Call Only:** NO

**Reported Date:** 10/8/2007 **Reported Time:** 07:13 PM
**Insurance Company:** PHILADELPHIA INSURANCE
**Customer:** 349072 PHILADELPHIA INSURANCE CO'S
**Call Type:** Incident
**Claim Type:** GL
**Customer Type:** I

**Policy Number:** PHSD222905
**Policy Effective Date:** 01/06/2007
**Policy Expiration Date:** 01/06/2008

**Callers Company:** LENDER SUPPORT SYSTEMS
**Callers Name:** JIM CARR
**Callers Phone:** 858-427-4503

**Insured Information**

**Name:** LENDER SUPPORT SYSTEM INC
**Address:**
13475 DANIELSON ST.
SUITE 220
POWAY, CA 92064
**Phone:** 858-427-4503

**Contact Name:** JIM CARR
**Contact Phone:** 858-427-4503

**Claimant Information**

**Claimant Number:** 1
**Claimant is Insured:** No
**Name:** SONJA D'ANNEO
**Address:**

,

**Phone:**

**Medical Treatment Sought:** No
**First Aid Rendered:** No
**Taken to Hospital:** No
**Transported By:**

**Injury Description:**
ABOVE INDIVIDUAL IS SUIING LENDER SUPPORT SYSTEMS FOR BONUSES SHE FEELS

CF 315

ARE OWED TO HER.

## Incident Information

**Date:** 09/20/2006 **Time:** Pacific
**Authorities Notified:** No
**Address:**
13475 DANIELSON ST.
SUITE 220
POWAY, CA 92064

**Type:**OTHER
**Report Location Code:**
**Description:** ABOVE INDIVIDUAL IS SUING LENDER SUPPORT SYSTEMS FOR BONUSES SHE FEELS ARE OWED TO HER.

## Actions Taken

**Escalated To GAB:**No
**GAB Adjuster:** -
**GAB Branch:** -

**Insurance Company will be contacted by:**Medinsights
**Insurance Agent will be contacted by:**Caller
**Adjuster will Contact Caller:**No

**Referred To Company Name:**PHILADELPHIA INSURANCE
**Referred To Phone:**800-765-9749
**Referred To Fax 1:**800-685-9238
**Referred To Fax 2:**

**Special Handling Instructions:**

**Report taken by: 45559 - ELAINE HILTON-MAIN**

CF 316