SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRIAN D. HARRISON Bar No. 157123
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE CO., and DOES I through 20, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0848 WQH (BLM)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: October 6, 2008<br>TIME: 11:00 a.m.<br>DEPT:: 4<br>JUDGE: Hon. William Q. Hayes |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Philadelphia Indemnity Insurance Company ("Philadelphia"), pursuant to rules 201 and 1005 of the Federal Rules of Evidence, and in support of its motion for summary judgment or, in the alternative, partial summary judgment on the complaint, hereby requests that this Court take judicial notice of the following:

1. The complaint of LSSI in the instant action captioned Lender Support Systems, Inc., Plaintiff v. Philadelphia Indemnity Insurance Co., et al., Defendants, United States District Court, Central District of California, Case No. 08CV848-WQH (BLM). A true and correct copy of the complaint is attached hereto as Exhibit A.

2. The complaint of Sonja D'Anneo in the action captioned Sonja D'Anneo, Plaintiff

v. Lender Support Systems, Inc., et al., Defendants, San Diego County Superior Court, Case No. 37-3007-00064417-CU-OE-CTL. A true and correct copy of the complaint is attached hereto as Exhibit B.

3. The answer of Lender Support Systems, Inc. ("LSSI") in the action captioned Sonja D'Anneo, Plaintiff v. Lender Support Systems, Inc., et al., Defendants, Superior Court for the State of California for the County of San Diego, Case No. 37-3007-000644-CU-OE-CTL. A true and correct copy of the answers is attached hereto as Exhibit C.

4. The Request for Dismissal and Notice of Entry in the action captioned Sonja D'Anneo, Plaintiff v. Lender Support Systems, Inc., et al., Defendants, Superior Court for the State of California for the County of San Diego, Case No. 37-3007-000644-CU-OE-CTL. A true and correct copy of the Request for Dismissal and Notice of Entry is attached hereto as Exhibit D.

Dated: August 18, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By ______________________
Brian D. Harrison

Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE COMPANY

SEDGWICK
DETERT, MORAN & ARNOLD LLP

# TABLE OF CONTENTS

**Page No.**

Exhibit A ........................................ 4
Exhibit B ........................................ 57
Exhibit C ........................................ 72
Exhibit D ........................................ 83