# Exhibit D

ORIGINAL

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name and Address*): TELEPHONE NO.:

James R. Patterson (SBN: 211102)
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, Ste. 1905
San Diego, CA 92101

ATTORNEY FOR (*Name*): Plaintiff SONJA D'ANNEO

*FOR COURT USE ONLY*

FILED
CIVIL BUSINESS OFFICE 18
08 FEB 27 PM 2:47
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA -- COUNTY OF SAN DIEGO

PLAINTIFF/PETITIONER: Sonja D'Anneo

DEFENDANT/RESPONDENT: Lender Support Systems, Inc., et al.

## REQUEST FOR DISMISSAL

CASE NUMBER: 37-2007-00064417-CU-OE-CTL

- ☐ **Personal Injury, Property Damage, or Wrongful Death**
  - ☐ **Motor Vehicle** ☐ **Other**
- ☐ **Family Law**
- ☐ **Eminent Domain**
- ☒ **Other *(specify)*:**

**— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —**

1. **TO THE CLERK:** Please **dismiss** this action as follows:
   a- (1) ☒ With prejudice (2) ☐ Without prejudice
   b. (1) ☒ Complaint (2) ☐ Petition
   (3) ☐ Cross-complaint filed by *(name)*: on *(date)*:
   (4) ☐ Cross-complaint filed by *(name)*: on *(date)*:
   (5) ☒ Entire action of all parties and all causes of action
   (6) ☐ Other *(specify)*:*

Date: February 22, 2008

James R. Patterson
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
* If dismissal requested is of specified parties only, of specified causes of action only specified cross-complaints so state and identify the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)
Attorney Or party without attorney for:
☒ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
** If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(SIGNATURE)
Attorney Or party without attorney for:
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complainant

*(To be completed by clerk)*
3. ☑ Dismissal entered as requested on *(date)*: 2/27/08
4. ☐ Dismissal entered on *(date)*: as to only *(name)*:
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:

6. ☐ a. Attorney or party without attorney notified on *(date)*:
   b. Attorney or party without attorney not notified. Filing party failed to provide
   ☐ a copy to conform ☐ means to return conformed copy

**SDSC 055**

Date: 3/1/08 Clerk, by K. Bailey, Deputy

Form Adopted by the Judicial Council of California 982(a)(5) [Rev. January 1, 1997]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq. Cal. Rules of Court, rules 383, 1233

American LegalNet, Inc. www.USCourtForms.com

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

FILED
CIVIL BUSINESS OFFICE 18

08 FEB 27 PM 2:47

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1900 Main Street, Suite 700, Irvine, CA 92614-7328. My email address is holly.ottiger@BryanCave.com.

On February 27, 2008, I served the foregoing document described as:

**REQUEST FOR DISMISSAL**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | | |
|---|---|---|
| James R. Patterson, Esq. | Telephone: | (619) 756-6990 |
| Harrison Patterson & O'Connor LLP | Facsimile: | (619) 756-6991 |
| 402 West Broadway, Suite 1905 | Email: | jpatterson@hpolaw.com |
| San Diego, CA 92101 | | |

[X] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] BY PERSONAL DELIVERY - I caused such envelope to be hand delivered to the offices of the addressee.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 27, 2008, at Irvine, California.

Holly C. Ottiger
Holly C. Ottiger

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

SDSC 056

ORIGINAL

FILED
CIVIL BUSINESS OFFICE 14
CENTRAL DIVISION

CIV-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: Julie E. Patterson (Bar No. 167326) BRYAN CAVE LLP 1900 Main Street, Suite 700 Irvine, CA 92614 — TELEPHONE NO.: (949) 223-7000 — ATTORNEY FOR *(Name)*: Defendant, LENDER SUPPORT SYSTEMS, INC. | FOR COURT USE ONLY — 08 MAR 21 PM 4:13 CLERK-SUPERIOR COURT SAN DIEGO COUNTY, CA |
|---|---|
| Insert name of court and name of judicial district and branch court, if any: SUPERIOR COURT OF CALIFORNIA - COUNTY OF SAN DIEGO | |
| PLAINTIFF/PETITIONER: SONJA D'ANNEO DEFENDANT/RESPONDENT: LENDER SUPPORT SYSTEMS, INC. | |
| **NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE** ☐ **Personal Injury, Property Damage, or Wrongful Death** ☐ **Motor Vehicle** ☐ **Other** ☐ **Family Law** ☐ **Eminent Domain** ☑ **Other** *(specify)*: | CASE NUMBER: 37-2007-00064417-CU-OE-CTL |

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the Request for Dismissal. *(Attach a copy completed by the clerk.)*

Date: March 21, 2008

Julie E. Patterson

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY) ▶ (SIGNATURE)

**PROOF OF SERVICE**

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is:

   1900 Main Street, Suite 700, Irvine, CA 92614

2. ☑ I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐ I deposited the envelope with the United States Postal Service.
   b. ☑ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit: March 21, 2008
   d. Place of deposit *(city and state)*: Irvine, California
   e. Addressed as follows *(name and address)*:

   James R. Patterson, Esq., Harrison Patterson & O'Connor LLP, 402 West Broadway, Suite 1905, San Diego, CA 92101

3. ☐ I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by personally delivering copies to the person served as shown below:
   Name: Date: Time: Address:

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 21, 2008

Carolyn J. Harrington

(TYPE OR PRINT NAME) ▶ (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-120 [Rev. January 1, 2007]

**NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE**

Code of Civil Procedure, § 581 et seq.; Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

SDSC 057

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: FOR COURT USE ONLY

James R. Patterson (SBN: 211102)
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, Ste. 1905
San Diego, CA 92101

ATTORNEY FOR (Name): Plaintiff SONJA D'ANNEO

FILED
CIVIL BUSINESS OFFICE 18
CENTRAL DIVISION
08 FEB 27 PM 2:47
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA -- COUNTY OF SAN DIEGO

PLAINTIFF/PETITIONER: Sonja D'Anneo

DEFENDANT/RESPONDENT: Lender Support Systems, Inc., et al.

## REQUEST FOR DISMISSAL

CASE NUMBER: 37-2007-00064417-CU-OE-CTL

FAXED

COPY

- ☐ Personal Injury, Property Damage, or Wrongful Death
  - ☐ Motor Vehicle ☐ Other
- ☐ Family Law
- ☐ Eminent Domain
- ☒ Other *(specify)*:

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☒ With prejudice (2) ☐ Without prejudice
   b. (1) ☒ Complaint (2) ☐ Petition
   (3) ☐ Cross-complaint filed by *(name)*: on *(date)*:
   (4) ☐ Cross-complaint filed by *(name)*: on *(date)*:
   (5) ☒ Entire action of all parties and all causes of action
   (6) ☐ Other *(specify)*:*

Date: February 22, 2008

James R. Patterson
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:
☒ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complainant

** If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

*(To be completed by clerk)*

3. ☐ Dismissal entered as requested on *(date)*: 2/27/08
4. ☐ Dismissal entered on *(date)*: as to only *(name)*:
5. ☐ Dismissal not entered as requested for the following reasons *(specify)*:
6. ☐ a. Attorney or party without attorney notified on *(date)*:
   b. Attorney or party without attorney not notified. Filing party failed to provide
   ☐ a copy to conform ☐ means to return conformed copy

Date: 3/11/08 Clerk, by KATHY BAILEY, Deputy

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On August 18, 2008, I served the within document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

☒ E-MAIL OR ELECTRONIC TRANSMISSION – by transmitting via e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) set forth below. I did not receive,within a reasonable time after the tranmission, any electronic message or other indicating that the transmission was unsuccessful.

Harris I. Steinberg, Esq.
Levine, Steinberg, Miller & Huver
550 West C Street, Suite 1810
San Diego, CA 92101

Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiff
*Lender Support Systems, Inc.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 18, 2008, at San Francisco, California.

Andrea Mackenzie
Andrea Mackenzie

SEDGWICK
DETERT, MORAN & ARNOLD LLP