| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
| **TITLE OF CASE (Abbreviated)**<br>**Lender Support Systems, Inc. v. Philadelphia Indemnity Ins. Co.** | |
| **ATTORNEY(S) NAME AND ADDRESS** **TELEPHONE**<br>HARRIS I. STEINBERG<br>LEVINE, STEINBERG, MILLER & HUVER (619) 231-9449<br>550 West "C" Street, Suite 1810<br>San Diego, California 92101 | |

| | | |
|---|---|---|
| ATTORNEY(S) FOR: Plaintiff | HEARING: DATE-TIME-DEPT | Case No.: **08-CV-0848-WQH (BLM)** |

I, Harris Steinberg, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

On August 25, 2008 I served the following document(s) described as:

PLAINTIFF'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| Brian D. Harrison, Esq.<br>brian.harrison@sdma.com | Attorney for Defendant Philadelphia Indemnity Ins. Company |

quintella.griffin@sdma.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of August 2008 at San Diego, California.

/s/ Harris Steinberg