UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PHILADELPHIA INDEMNITY ) <br> INSURANCE CO., and DOES 1 ) <br> through 20, inclusive, ) <br> ) <br> Defendants. ) <br> ) <br>_____ ) | Case No. 08cv0848-WQH (BLM) <br><br> **ORDER (1) CONFIRMING SETTLEMENT, (2) DENYING *EX PARTE* MOTION TO COMPEL WITHOUT PREJUDICE [Doc. No. 27], AND (3) SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

On October 23, 2008, Plaintiff filed a notice of settlement, informing the Court that the parties have settled the above-referenced matter. Doc. No. 37. Based upon this representation, the parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **November 25, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **November 25, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **December 2, 2008** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Additionally, Defendant's *Ex Parte* Motion to Compel Production of Documents to Complete Pending Discovery [Doc. No. 27] is **DENIED WITHOUT PREJUDICE** in light of the settlement. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: October 23, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL