UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER SUPPORT SYSTEMS, INC. ) | CASE NO. 08cv0848-WQH(BLM) |
| Plaintiff, ) | |
| v. ) | **ORDER ON THE JOINT MOTION FOR DISMISSAL** |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY and DOES 1 - 20, Inclusive, ) | |
| Defendant. ) | |

Pursuant to stipulation of the parties and FRCP 41(a)(1), IT IS HEREBY ORDERED that the entire action, and including all claims that were or could have been raised therein be, and hereby is DISMISSED WITH PREJUDICE. Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 14, 2008

   _William Q. Hayes_
   **WILLIAM Q. HAYES**
   United States District Judge